

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00150-CV

NATE D. SANDERS, INC. AND         APPELLANTS
BAUMGARDNER FUNERAL HOME,
INC., AND ALLEN S.
BAUMGARDNER, SR.

V.

ROBERT EDWARD LEE OSWALD         APPELLEE

------------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 067-250449-11

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Joint Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f). As agreed to by the parties,

---

[1]*See* Tex. R. App. P. 47.4.

costs of the appeal shall be paid by the party incurring same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED: August 25, 2015